IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LORI RICE, in her capacity as attorney-in-fact of ROBERT COOLBERTH,<br><br>Plaintiff,<br><br>v.<br><br>DOYLE LOGAN PITTMON, in his individual capacity, and MONTGOMERY COUNTY<br><br>Defendants. | §§§§§§§§§§§§§§  Civil Action No. 4:23-cv-3968 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lori Rice, in her capacity as attorney-in-fact of Robert Coolberth stipulate to the dismissal with prejudice of the causes of action and claims asserted against Defendants, each party to bear its own costs, expenses, and fees.

Respectfully Submitted,

s/ Laurie Higginbotham
LAURIE HIGGINBOTHAM
lhigginbotham@nationaltriallaw.com
Texas State Bar #50511759

WHITEHURST, HARKNESS,
BREES, CHENG, ALSAFFAR,
HIGGINBOTHAM, & JACOB P.L.L.C.
1114 Lost Creek Blvd. Ste 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

JEFF EDWARDS
Texas State Bar No. 2401440
jeff@edwards-law.com
DAVID JAMES
State Bar No. 24092572
david@edwards-law.com
LISA SNEAD
State Bar No. 24062204
lisa@edwards-law.com
PAUL SAMUEL
State Bar No. 24124463
paul@edwards-law.com

EDWARDS LAW
603 W 17th St.
Austin, TX 78701
(512) 623-7727 (o)
(512) 623-7729 (f)

ATTORNEYS for PLAINTIFF

2